IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 21-838 |
| | * | |
| Angel Kearney et al. | * | |
| | * | |

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓]    That the Defendants (or the Juvenile) have consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]    That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Video proceedings are safer than in-person ones in light of the COVID-19 pandemic. Parties consent.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ]    The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ]    Other:

Date:  March 30, 2022

_____
Honorable Brian Martinotti
United States District Judge